United States District Court
Northern District of New York

# JUDGMENT

**THERESA M. GOFF**
                    **Plaintiff**

          **VS.**                    **1:05-CV-147 (NPM)**

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**
Jo Anne Barnhart

                    **Defendant**

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision denying plaintiff's disability benefits is REVERSED and the action is REMANDED for further consideration consistent with the Order of this Court.

All of the above pursuant to the Order of the Honorable Senior Judge Neal P. McCurn dated the 5th day of October, 2007.

**OCTOBER 5, 2007**                      **LAWRENCE K. BAERMAN**
_____                  _____
**DATE**                                      **CLERK OF COURT**

                                                **s/**
                                        _____

                                        **JOANNE BLESKOSKI**
                                        **DEPUTY CLERK**